ESTHER A. CAMPBELL v. THE FIRST NATIONAL BANK OF HERINGTON.

No. 13,053. (72 Pac. 1098.)

Error from Dickinson district court; O. L. MOORE, judge. Opinion filed April 11, 1903. Affirmed.

*R. H. Kane,* and *C. S. Crawford,* for plaintiff in error.
*Hurd & Hurd,* for defendant in error.

*Per Curiam:* This is a proceeding in error to reverse an order of the district court granting a new trial. We cannot say that the trial court abused its discretion. To get the law points in the case squarely before the court, it was important that the particular questions of fact submitted to the jury be answered in accordance with the evidence. See *Sanders v. Wakefield,* 41 Kan. 11, 20 Pac. 518.

The order and judgment of the court below will be affirmed.